IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITYSCAPES INTERNATIONAL, INC. | : | Case No. 2:16-cv-00155 |
| Plaintiff, | : | |
| v. | | Chief Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Kimberly A. Jolson |
| DAVID COGGIOLA, | : | NOTICE OF DISMISSAL WITH PREJUDICE |
| Defendant. | : | |

The parties having fully resolved all claims set forth in Plaintiff's Verified Complaint for Injunctive Relief and Motion for Temporary Restraining Order and Preliminary Injunction, have agreed to dismiss this action with prejudice. Each party to bear their own costs of this action including their own attorneys fees. This Court shall retain jurisdiction over this matter to enforce all of the terms and conditions of the parties' Settlement Agreement and to adjudicate any claims and disputes arising from or relating to the Settlement Agreement.

**IT IS SO ORDERED.**

4-20-2016
Date

Edmund A. Sargus, Jr.
Chief United States District Judge

APPROVED:

/s/ Charles E. Ticknor, III
Charles E. Ticknor, III (0042559)
Diana H. Givand (0085342)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Phone: (614) 628-6880
Fax: (614) 628-6890
Email: charles.ticknor@dinsmore.com
*Attorneys for Plaintiff*

/s/ Evelyn P. Schonberg
Evelyn P. Schonberg (0020176)
Ross, Brittain & Schonberg Co., LPA
6480 Rockside Woods Blvd., South
Suite 350
Cleveland, OH 44131
Phone: (216) 447-1551 Ext 105
Fax: (216) 447-1554
Email: lynns@rbslaw.com
*Attorney for Defendant*

10268327v2